**IMBLUM LAW OFFICES, P.C.**

4615 DERRY STREET
HARRISBURG, PA 17111

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

July 18, 2017

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Aswad Jones
Chapter 13 Bankruptcy Case No. 1-16-00225

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

WILSON SPRINGS CONDOMINIUM ASSOCIATION INC.
CO SELECT PROPERTY MANAGEMENT
115 E CHESTNUT STREET
LANCASTER PA 17602-2703

The Creditor's <u>previous</u> address was as follows:

WILSON SPRINGS CONDOMINIUM ASSOCIATION INC.
CO SELECT PROPERTY MANAGEMENT
1000 N PRINCE STREET
LANCASTER PA 17603-2736

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm