IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Aswad N. Jones<br>a/k/a Oz N. Jones<br>          Debtor<br><br>U.S. Bank NA, successor Trustee to Bank of America, NA successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-H8, Asset-Backed Certificates, Series 2006-HE8<br><br>          Movant<br><br>v.<br><br>Aswad N. Jones<br>a/k/a Oz N. Jones<br>Charles J. DeHart, III (Trustee)<br>          Respondents | CASE NO. 1:16-bk-00225 RNO<br><br>CHAPTER 13 |

## DEBTORS' RESPONSE TO MOTION OF U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE8, ASSET-BACKED CERTIFICATES, SERIES 2006-HE8 FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come Debtor, Aswad N. Jones, by and through his attorney, Gary J. Imblum, and respectfully respond as follows:

1. Admitted in part and denied in part. The Debtor has no knowledge. Strict proof is demanded.

2. Admitted.

3. Admitted.

4. Admitted in part and denied in part. Debtor has no knowledge of the assignment of

the mortgage. Strict proof is demanded.

5. Admitted in part and denied in part. Debtor has no knowledge of the servicer. Strict proof is demanded.

6. Admitted.

7. Admitted. Debtor will make an offer in the near future to bring the post petition arrears current.

8. Admitted in part and denied in part. See response to paragraph 7.

9. Denied. The amount owed on the mortgage exceeds the fair market value of the real estate. Accordingly, no attorney fees and costs may be charged in relation to this matter.

10. Admitted in part and denied in part. See response to paragraph 9.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtors

DATED: 8/29/17

## CERTIFICATION OF SERVICE

I, Bernadette A. Davis, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTORS' RESPONSE TO MOTION OF U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, ON BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-HE8, ASSET-BACKED CERTIFICATES, SERIES 2006-HE8 FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

| | |
|---|---|
| CHARLES J DEHART III ESQUIRE<br>CHAPTER 13 TRUSTEE<br>VIA E-SERVICE | dehartstaff@pamd13trustee.com |

JAMES C. WARMBRODT, ESQUIRE
COUNSEL FOR MOVANT
VIA E-SERVICE

 

IMBLUM LAW OFFICE, P.C.

*Bernadette A. Davis*
Bernadette A. Davis, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtors

DATED: 8/29/17