# IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17101
Telephone: 717-238-5250
Facsimile: 717-558-8990
email: gary.imblum@imblumlaw.com

Gettysburg Telephone
717-337-0797
Lebanon Telephone
717-270-6989

September 28, 2017

### Via ECF Only

TO: US BANKRUPTCY COURT - CLERK

RE: Aswad N. Jones a/k/a Oz N. Jones
Chapter 13 Bankruptcy Case No. 1-16-00225-RNO

Dear Clerk:

Please be advised that Monica R. Brown has changed her address. The <u>new</u> address is as follows:

Monica R. Brown
44 Buttonwood Lane
York PA 17406-9064

The previous Creditor's name and addresses are as follows:

Monica R. Brown
101 South Belle Grove Road
Apartment C
Catonsville MD 21228-2207

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/cyh

cc: Charles J Dehart III Esquire
Chapter 13 Trustee
Via E-service