```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                   Case No. 16-00225-RNO
Aswad N. Jones                                           Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

```
District/off: 0314-1        User: LyndseyPr        Page 1 of 1         Date Rcvd: Oct 19, 2017
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db              +Aswad N. Jones,    44 Buttonwood Lane,    Hellam, PA 17406-9064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
          Brent  Diefenderfer   on behalf of Creditor   Wilson Springs Condominium Association, Inc.
           bdiefenderfer@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
           m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Craig S. Sharnetzka   on behalf of Creditor   Eastern York County Sewer Authority
           csharnetzka@cgalaw.com,
           tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
           m;kbrayboy@cgalaw.com;r48835@notify.bestcase.com
          Gary J Imblum   on behalf of Debtor 1 Aswad N. Jones gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, As Trustee, et. al.
           bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA,
           successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns
           Asset Backed Securities I Trust 2006-HE8, Asset-Ba bkgroup@kmllawgroup.com
          Jerome B Blank   on behalf of Creditor   U.S. Bank National Association, As Trustee, et. al.
           pamb@fedphe.com
          Joseph Angelo Dessoye   on behalf of Creditor   U.S. Bank National Association, As Trustee, et.
           al. pamb@fedphe.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **ASWAD N. JONES** | : | **CASE NO. 1-16-00225-RNO** |
| **aka OZ N. JONES.** | : | |
| Debtor | : | **CHAPTER 13** |

## ORDER

Upon consideration of Debtor's Motion to Modify Plan

**IT IS HEREBY ORDERED AND DECREED** that Debtor may amend his Plan in accordance with the proposed Fifth Amended Plan filed simultaneously herewith.

By the Court,

Dated: October 18, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)