In re:  
Aswad N. Jones  
    Debtor

Case No. 16-00225-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: DGeorge | Page 1 of 1 | Date Rcvd: Jan 03, 2018 |
|---|---|---|---|
| | Form ID: ortext | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.  
db      +Aswad N. Jones,    44 Buttonwood Lane,    Hellam, PA 17406-9064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:

     Brent Diefenderfer    on behalf of Creditor    Wilson Springs Condominium Association, Inc.  
       bdiefenderfer@cgalaw.com,  
       tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com  
     Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com  
     Craig S. Sharnetzka    on behalf of Creditor    Eastern York County Sewer Authority  
       csharnetzka@cgalaw.com,  
       tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com  
     Gary J Imblum    on behalf of Debtor 1 Aswad N. Jones gary.imblum@imblumlaw.com,  
       gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com  
     James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As Trustee, et. al. bkgroup@kmllawgroup.com  
     James Warmbrodt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Ba bkgroup@kmllawgroup.com  
     Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee, et. al. pamb@fedphe.com  
     Joseph Angelo Dessoye    on behalf of Creditor    U.S. Bank National Association, As Trustee, et. al. pamb@fedphe.com  
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov

     TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Aswad N. Jones<br>aka Oz N. Jones<br>**Debtor(s)** | Chapter: 13<br><br>Case number: 1:16−bk−00225−RNO |

## ORDER

Order setting Hearing on the Motion for Relief from Automatic Stay of U.S. Bank per the Request to List Matter for Hearing. IT IS SO ORDERED on 1/3/2018. /s/Robert N. Opel, II (RE: related document(s)92, 93, [100], 105, [107]). Hearing scheduled for 1/25/2018 at 10:00 AM at 3rd & Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, PA17101. (George, Deborah)