# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email:  gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

July 2, 2018

<u>Via ECF Only</u>

TO:   US BANKRUPTCY COURT - CLERK

RE:   Aswad Jones
      Chapter 13 Bankruptcy Case No. 1-16-00225

Dear Clerk:

Please be advised that the address for the following Creditor has changed.  The <u>new</u> address is:

WILSON SPRINGS CONDOMINIUM ASSOCIATES INC
CO SELECT PROPERTY MANAGEMENT
200 LAWRENCE ROAD STE 500
BROOMALL PA 19008-3234

The Creditor's <u>previous</u> address was as follows:

WILSON SPRINGS CONDOMINIUM ASSOCIATES INC
CO SELECT PROPERTY MANAGEMENT
115 E CHESTNUT STREET
LANCASTER PA 17602-2703

Very truly yours,

IMBLUM LAW OFFICES,  P.C.

Gary J. Imblum

GJI/srm