```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                           Case No. 16-00225-RNO
Aswad N. Jones                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: Oct 10, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
          +PA Army,   National Guard (DFAS), HGA,,   PO Box 998002,   Cleveland, OH 44199-8002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:
          Brent Diefenderfer   on behalf of Creditor   Wilson Springs Condominium Association, Inc.
           bdiefenderfer@cgalaw.com,
           tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Craig S. Sharnetzka   on behalf of Creditor   Eastern York County Sewer Authority
           csharnetzka@cgalaw.com,
           tlocondro@cgalaw.com;hlocke@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
          Gary J Imblum   on behalf of Debtor 1 Aswad N. Jones gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
          James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, As Trustee, et. al.
           bkgroup@kmllawgroup.com
          James Warmbrodt   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Ba bkgroup@kmllawgroup.com
          Jerome B Blank   on behalf of Creditor   U.S. Bank National Association, As Trustee, et. al.
           pamb@fedphe.com
          Joseph Angelo Dessoye   on behalf of Creditor   U.S. Bank National Association, As Trustee, et. al. pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| ASWAD N. JONES | : CASE NO. 1-16-00225-RNO |
| aka OZ N. JONES | : |
| Debtor | : CHAPTER 13 |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment for Trustee Payments,

**IT IS HEREBY ORDERED** that the Wage Attachment is terminated as to the PA Army National Guard (DFAS), HGA, PO Box 998002, Cleveland, OH 44199 and directing the PA Army National Guard (DFAS) to return any withheld monies to the Debtor.

**IT IS FURTHER ORDERED** that this Order supersedes any and all previous orders of wage attachment entered in this matter.

Dated: October 9, 2018

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (DG)