**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: ASWAD N. JONES
AKA: OZ N. JONES          CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

                                                                          CASE NO: 1-16-00225-HWV

ASWAD N. JONES
AKA: OZ N. JONES

    Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on January 16, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of January 16, 2020, the Debtor(s) is/are $1950.00 in arrears with a plan payment having last been made on Nov 12, 2019

    In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                                     Respectfully Submitted,
                                                     /s/ Liz Joyce
                                                     for Charles J. DeHart, III, Trustee
                                                     8125 Adams Drive, Suite A
                                                   Hummelstown, PA 17036
                                                   Phone: (717) 566-6097

Dated: January 16, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ASWAD N. JONES
AKA: OZ N. JONES    CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-16-00225-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 16, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| GARY J. IMBLUM, ESQUIRE<br>4615 DERRY STREET<br>HARRISBURG, PA  17111- | SERVED ELECTRONICALLY |
| ASWAD N. JONES<br>44 BUTTONWOOD LANE<br>HELLAM, PA  17046 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 16, 2020

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com