**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    ASWAD N. JONES
           AKA: OZ N. JONES

                             CHAPTER 13

                Debtor(s)


CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                             CASE NO: 1-16-00225-HWV
                Movant

## WITHDRAWAL OF certificate of default

AND NOW, on January 17, 2020, comes Charles J. DeHart, III,  Standing Chapter 13 Trustee, and requests that the certificate of default filed on or about January 16, 2020  be withdrawn.  The certificate of default was filed in error or was incorrect as filed.


                             Respectfully Submitted,


                           s/ Charles J. DeHart, III
                           Charles J. DeHart, III, Trustee
                           8125 Adams Drive, Suite A
                           Hummelstown, PA  17036
                           Phone:  (717) 566-6097

Dated: January 17, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ASWAD N. JONES
          AKA: OZ N. JONES


                        Debtor(s)

                                         CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                Movant

                                         CASE NO: 1-16-00225-HWV

ASWAD N. JONES
AKA: OZ N. JONES



                        Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on January 17, 2020.


GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA  17111-


                                         Respectfully Submitted,


                                         s/ Liz Joyce
                                         for Charles J. DeHart, III, Trustee
                                         8125 Adams Drive, Suite A
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097

Dated:  January 17, 2020