```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 16-00225-HWV
Aswad N. Jones                                                Chapter 7
        Debtor                **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: AutoDocke         Page 1 of 1         Date Rcvd: Jan 27, 2020
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db             +Aswad N. Jones,   44 Buttonwood Lane,   Hellam, PA 17406-9064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
              Brent Diefenderfer    on behalf of Creditor    Wilson Springs Condominium Association, Inc.
               bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig S. Sharnetzka    on behalf of Creditor    Eastern York County Sewer Authority
               csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              Gary J Imblum    on behalf of Debtor 1 Aswad N. Jones gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As Trustee, et. al.
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns
               Asset Backed Securities I Trust 2006-HE8, Asset-Ba bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee, et. al.
               pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    U.S. Bank National Association, As Trustee, et.
               al. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ASWAD N. JONES : CHAPTER 13
a/k/a OZ N. JONES :
: CASE NO. 1:16-bk-00225

ORDER

Upon consideration of Debtor's Election to Convert Case,

**IT IS HEREBY ORDERED AND DECREED** that the above-captioned case is converted from a Chapter 13 to a Chapter 7 case.

Charles J. DeHart, III, Esquire, Standing Chapter 13, Trustee, is discharged from his duties related to this case.

Dated: January 27, 2020

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (JH)