```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 16-00225-HWV
Aswad N. Jones                                                      Chapter 7
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1           User: AutoDocke            Page 1 of 2            Date Rcvd: Feb 10, 2020
                               Form ID: 309A              Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
db             +Aswad N. Jones,    44 Buttonwood Lane,    Hellam, PA 17406-9064
aty            +Brent Diefenderfer,    CGA Law Firm,   135 North George Street,    York, PA 17401-1132
aty            +Craig S. Sharnetzka,    CGA Law Firm,   135 North George Street,    York, PA 17401-1132
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty            +Jerome B Blank,   Phelan Hallinan & Schmieg LLP,    One Penn Center,
                 1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
aty            +Joseph Angelo Dessoye,    Phelan Hallinan, LLP,   1617 JFK BLVD, Suite 1400,
                 Philadelphia, PA 19103-1814
tr             +Steven M. Carr (Trustee),    Ream Carr Markey Woloshin & Hunter LLP,   119 East Market Street,
                 York, PA 17401-1221
cr             +Eastern York County Sewer Authority,    46 Walnut Springs Road,   P.O. Box 6206,
                 York, PA 17406-9000
cr             +JPMorgan Chase Bank, N.A.,    700 Kansas Lane,   Monroe, LA 71203-4774
cr             +Wilson Springs Condominium Association, Inc.,    c/o Select Property Management,
                 1000 N Prince Street,    Lancaster, PA 17603-2736
4743446        +Chase Mtg,   PO Box 24696,    Columbus, OH 43224-0696
4766101         Comptroller of Maryland,    301 West Preston Street Room 409,   Baltimore MD, MD 21201-2383
4743448        +Crime Intervention Alarm,    1377 Spahn Avenue,   York, PA 17403-5710
4743450        +Eastern York County Sewer Authority,    46 Walnut Springs Road,   York, PA 17406-9000
4743451        +Emp of York County, LTD,    c/o Cds/Escallate LLC,   5200 Stoneham Rd Ste 200,
                 North Canton, OH 44720-1584
4753184        +Financial Recoveries,    PO Box 1388,   Mt. Laurel, NJ 08054-7388
4743453         Met Ed,   Post Office Box 3687,    Akron, OH 44309-3687
4751414        +Met-Ed,   101 Crawfords Corner Road,    Holmdel, NJ 07733-1976
4743454         Monica Brown,    44 Buttonwood Lane,   York PA 17406-9064
4743444         PA Department of Revenue,    Bureau of Individual Taxes,   Dept 280431,
                 Harrisburg, PA 17128-0431
4743455        +Penn State Hershey Medical Center,    c/o Bureau of Account Management,   PO Box 8875,
                 Camp Hill, PA 17001-8875
4743457        +State of Maryland Comptroller of Ma,    80 Calvert Street,   PO Box 466,
                 Annapolis, MD 21404-0466
4743458        +Steven Koplove, Esquire,    Kraft & Kraft, PC,   3200 Penrose Ferry Road,
                 Philadelphia, PA 19145-5500
4743459        +The York Water Company,    Box 15089,   130 East Market Street,    York, PA 17401-1219
4794224        +U.S. BANK NATIONAL ASSOCIATION, ET AL,    CHASE RECORDS CENTER,   ATTN: CORRESPONDENCE MAIL,
                 MAIL CODE LA4-5555,    700 KANSAS LANE,   MONROE, LA 71203-4774
4743463        +WellSpan Medical Group,    c/o Financial Recoveries,   PO Box 1388,
                 Mount Laurel, NJ 08054-7388
4753182        +Wellspan Health,   York Hospital,    1001 South George Street,   York, PA 17403-3645
4753183       #+Wellspan Medical Group,    1803 Mt. Rose Avenue,   York, PA 17403-3051
4791809         Wilson Springs Condominium Associates, Inc.,   c/o Select Property Management,
                 200 Lawrence Rd Ste 500,    Broomall, PA 19008-3234
4743464         Wilson Springs Condominium Association, Inc.,   c/o Select Property Management,
                 200 Lawrence Rd Ste 500,    Broomall, PA 19008-3234
4761478        +York Hospital,    1001 S. George St.,   York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: gary.imblum@imblumlaw.com Feb 10 2020 20:03:28     Gary J Imblum,
                 Imblum Law Offices, P.C.,    4615 Derry Street,   Harrisburg, PA  17111
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Feb 10 2020 20:05:01     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4764802         EDI: AIS.COM Feb 11 2020 00:48:00     American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
4743445        +EDI: CAPITALONE.COM Feb 11 2020 00:48:00     Capital One,   Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
4743447        +EDI: SWCR.COM Feb 11 2020 00:48:00     Comcast,   c/o Southwest Credit Systems,
                 4120 International Pkwy, Suite 1100,    Carrollton, TX 75007-1958
4743449         E-mail/Text: electronicbkydocs@nelnet.net Feb 10 2020 20:05:02     Dept Of Ed/Nelnet,
                 Attn: Claims,    PO Box 82505,   Lincoln, NE 68501-2505
4743452        +EDI: AMINFOFP.COM Feb 11 2020 00:48:00     First Premier Bank,   601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
4743443         EDI: IRS.COM Feb 11 2020 00:48:00     Internal Revenue Service,   POB 7346,
                 Philadelphia, PA 19101-7346
4761361         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2020 20:04:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
4743456        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 10 2020 20:04:54
                 Pennsylvania Department of Revenue,    PO Box 280946,   Harrisburg, PA 17128-0946
4907980         E-mail/Text: jennifer.chacon@spservicing.com Feb 10 2020 20:05:27     Select Portfolio Inc.,
                 P.O. Box 65450,    Salt Lake City, UT 84165-0450
4907981         E-mail/Text: jennifer.chacon@spservicing.com Feb 10 2020 20:05:27     Select Portfolio Inc.,
                 P.O. Box 65450,    Salt Lake City, UT 84165-0450,   Select Portfolio Inc.,   P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4743899        +E-mail/Text: electronicbkydocs@nelnet.net Feb 10 2020 20:05:02     U.S. Department of Education,
                C/O Nelnet,    121 S. 13th Street, Suite 201,    Lincoln, NE 68508-1911
4743460        +EDI: VERIZONCOMB.COM Feb 11 2020 00:48:00      Verizon,    500 Technology Dr,   Suite 500,
                Weldon Spring, MO 63304-2225
4743461        +EDI: VERIZONCOMB.COM Feb 11 2020 00:48:00      Verizon,    PO Box 25505,
                Lehigh Valley, PA 18002-5505
4743462        +EDI: IIC9.COM Feb 11 2020 00:48:00      Verizon Wireless,    c/o IC Systems, Inc.,
                PO Box 64378 - 444 Highway 96 East,    St Paul, MN 55164-0378
4743465        +E-mail/Text: kcm@yatb.com Feb 10 2020 20:04:32     York Adams Tax Bureau,
                Post Office Box 15627,   York, PA 17405-0156
                                                                                               TOTAL: 17

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2020 at the address(es) listed below:
              Brent Diefenderfer    on behalf of Creditor    Wilson Springs Condominium Association, Inc.
               bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              Craig S. Sharnetzka    on behalf of Creditor    Eastern York County Sewer Authority
               csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              Gary J Imblum    on behalf of Debtor 1 Aswad N. Jones gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As Trustee, et. al.
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns
               Asset Backed Securities I Trust 2006-HE8, Asset-Ba bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee, et. al.
               pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    U.S. Bank National Association, As Trustee, et.
               al. pamb@fedphe.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9
```

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1: | Aswad N. Jones | | Social Security number or ITIN: | xxx–xx–5589 | |
| | First Name Middle Name Last Name | | EIN: _ _ – _ _ _ _ _ _ _ | | |
| Debtor 2: (Spouse, if filing) | First Name Middle Name Last Name | | Social Security number or ITIN: _ _ _ _ EIN: _ _ – _ _ _ _ _ _ _ | | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | | Date case filed in chapter: | 13 | 1/21/16 |
| Case number: | 1:16–bk–00225–HWV | | Date case converted to chapter: | 7 | 1/27/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Aswad N. Jones | |
| 2. | **All other names used in the last 8 years** | aka Oz N. Jones | |
| 3. | **Address** | 44 Buttonwood Lane<br>Hellam, PA 17046 | |
| 4. | **Debtor's attorney**<br>Name and address | Gary J Imblum<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, PA 17111 | Contact phone 717 238–5250<br><br>Email: gary.imblum@imblumlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven M. Carr (Trustee)<br>Ream Carr Markey Woloshin & Hunter LLP<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br><br>Email: stevecarr8@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 | Hours open: <br> Monday – Friday 9:00 AM to 4:00 PM <br><br> Contact phone (717) 901–2800 <br><br> Date: 2/10/20 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 18, 2020 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** **Valid photo identification and proof of social security number are required** *** | Location: <br><br> **York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/17/20** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |