```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 16-00225-HWV
Aswad N. Jones                                                          Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2                  Date Rcvd: Apr 03, 2020
                               Form ID: ntcovid             Total Noticed: 40
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
```
db              +Aswad N. Jones,    44 Buttonwood Lane,    Hellam, PA 17406-9064
cr              +Eastern York County Sewer Authority,    46 Walnut Springs Road,     P.O. Box 6206,
                  York, PA 17406-9000
cr              +JPMorgan Chase Bank, N.A.,    700 Kansas Lane,    Monroe, LA 71203-4774
cr              +Wilson Springs Condominium Association, Inc.,     c/o Select Property Management,
                  1000 N Prince Street,    Lancaster, PA 17603-2736
4743446         +Chase Mtg,    PO Box 24696,   Columbus, OH 43224-0696
4743448         +Crime Intervention Alarm,    1377 Spahn Avenue,    York, PA 17403-5710
4743450         +Eastern York County Sewer Authority,    46 Walnut Springs Road,    York, PA 17406-9000
4743451         +Emp of York County, LTD,    c/o Cds/Escallate LLC,    5200 Stoneham Rd Ste 200,
                  North Canton, OH 44720-1584
4753184         +Financial Recoveries,    PO Box 1388,   Mt. Laurel, NJ 08054-7388
4743452         +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
4743453          Met Ed,    Post Office Box 3687,   Akron, OH 44309-3687
4751414         +Met-Ed,    101 Crawfords Corner Road,    Holmdel, NJ 07733-1976
4743454          Monica Brown,    44 Buttonwood Lane,    York PA 17406-9064
4743444          PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                  Harrisburg, PA 17128-0431
4743455         +Penn State Hershey Medical Center,    c/o Bureau of Account Management,    PO Box 8875,
                  Camp Hill, PA 17001-8875
4743457         +State of Maryland Comptroller of Ma,    80 Calvert Street,    PO Box 466,
                  Annapolis, MD 21404-0466
4743458         +Steven Koplove, Esquire,    Kraft & Kraft, PC,    3200 Penrose Ferry Road,
                  Philadelphia, PA 19145-5500
4743459         +The York Water Company,    Box 15089,    130 East Market Street,    York, PA 17401-1219
4794224         +U.S. BANK NATIONAL ASSOCIATION, ET AL,    CHASE RECORDS CENTER,    ATTN: CORRESPONDENCE MAIL,
                  MAIL CODE LA4-5555,    700 KANSAS LANE,    MONROE, LA 71203-4774
4743462         +Verizon Wireless,    c/o IC Systems, Inc.,    PO Box 64378 - 444 Highway 96 East,
                  St Paul, MN 55164-0378
4743463         +WellSpan Medical Group,    c/o Financial Recoveries,    PO Box 1388,
                  Mount Laurel, NJ 08054-7388
4753182         +Wellspan Health,    York Hospital,    1001 South George Street,    York, PA 17403-3645
4753183        #+Wellspan Medical Group,    1803 Mt. Rose Avenue,    York, PA 17403-3051
4791809          Wilson Springs Condominium Associates, Inc.,    c/o Select Property Management,
                  200 Lawrence Rd Ste 500,    Broomall, PA 19008-3234
4743464          Wilson Springs Condominium Association, Inc.,    c/o Select Property Management,
                  200 Lawrence Rd Ste 500,    Broomall, PA 19008-3234
4761478         +York Hospital,    1001 S. George St.,    York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4764802          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2020 21:39:03
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK   73124-8838
4743445         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 21:24:15        Capital One,
                  Attn: Bankruptcy,    PO Box 30285,   Salt Lake City, UT 84130-0285
4743447         +E-mail/Text: bankruptcy@sw-credit.com Apr 03 2020 21:34:36        Comcast,
                  c/o Southwest Credit Systems,    4120 International Pkwy, Suite 1100,
                  Carrollton, TX 75007-1958
4766101          E-mail/Text: Bankruptcymail@marylandtaxes.gov Apr 03 2020 21:32:42        Comptroller of Maryland,
                  301 West Preston Street Room 409,    Baltimore MD, MD 21201-2383
4743449         +E-mail/Text: electronicbkydocs@nelnet.net Apr 03 2020 21:34:40        Dept Of Ed/Nelnet,
                  Attn: Claims,    PO Box 82505,   Lincoln, NE 68501-2505
4743443          E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 03 2020 21:33:16        Internal Revenue Service,
                  POB 7346,    Philadelphia, PA 19101-7346
4761361          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2020 21:34:24
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, Pa.  17128-0946
4743456         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2020 21:34:24
                  Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
4907980          E-mail/Text: jennifer.chacon@spservicing.com Apr 03 2020 21:36:44        Select Portfolio Inc.,
                  P.O. Box 65450,    Salt Lake City, UT 84165-0450
4907981          E-mail/Text: jennifer.chacon@spservicing.com Apr 03 2020 21:36:44        Select Portfolio Inc.,
                  P.O. Box 65450,    Salt Lake City, UT 84165-0450,    Select Portfolio Inc.,    P.O. Box 65450,
                  Salt Lake City, UT 84165-0450
4743899         +E-mail/Text: electronicbkydocs@nelnet.net Apr 03 2020 21:34:40        U.S. Department of Education,
                  C/O Nelnet,    121 S. 13th Street, Suite 201,    Lincoln, NE 68508-1911
4743460         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2020 21:31:35
                  Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
4743461         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2020 21:31:35
                  Verizon,    PO Box 25505,    Lehigh Valley, PA 18002-5505
4743465         +E-mail/Text: kcm@yatb.com Apr 03 2020 21:32:45        York Adams Tax Bureau,
                  Post Office Box 15627,    York, PA 17405-0156
                                                                                                TOTAL: 14
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
              Brent Diefenderfer    on behalf of Creditor   Wilson Springs Condominium Association, Inc.
               bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              Craig S. Sharnetzka    on behalf of Creditor   Eastern York County Sewer Authority
               csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com;r48835@notify.bestcase.com
              Gary J Imblum    on behalf of Debtor 1 Aswad N. Jones gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, As Trustee, et. al.
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns
               Asset Backed Securities I Trust 2006-HE8, Asset-Ba bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   U.S. Bank National Association, As Trustee, et. al.
               pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor   U.S. Bank National Association, As Trustee, et.
               al. pamb@fedphe.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Aswad N. Jones,
aka Oz N. Jones,

**Debtor 1**

Chapter 7

Case No. 1:16–bk–00225–HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting will be held telephonically, refer to the call–in instructions. | Date: April 15, 2020 |
| --- | --- |
| | Time: 02:00 PM |

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 3, 2020 |

ntcovid (04/18)

# CALL–IN DIRECTIONS FOR TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
**(Effective March 30, 2020)**

On March 30, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in–person chapter 7, 12, and 13 section 341 meetings scheduled through May 10, 2020, with the exception that section 341 meetings could proceed through telephonic or other alternative means not requiring any personal appearances. Please read to the end.

This notice addresses the protocol for telephonic appearances for chapter 7 section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

**All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up–to–date information about section 341 meetings of creditors.**

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call–In Number and Passcode assigned to your trustee, which is listed below.

Unless otherwise directed by your trustee, please call–in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch–tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call–in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call–In Number | Passcode |
|---|---|---|
| Steven Carr | 1–888–282–8246 | 8589279 |
| Mark Conway | 1–866–773–1875 | 5761176 |
| Lawrence Frank | 1–866–724–5066 | 1380190 |
| Leon Haller | 1–866–507–4642 | 2179536 |
| John Martin | 1–866–809–8952 | 7685517 |
| William Schwab | 1–866–707–7516 | 4801433 |
| Robert Sheils | 1–866–714–3930 | 1832207 |
| Lawrence Young | 1–866–453–7506 | 2896054 |