```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                      Case No. 16-00225-HWV
Aswad N. Jones                                                              Chapter 7
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke             Page 1 of 2               Date Rcvd: Jun 15, 2020
                              Form ID: 318                Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
db             +Aswad N. Jones,    44 Buttonwood Lane,    Hellam, PA 17406-9064
cr             +Eastern York County Sewer Authority,    46 Walnut Springs Road,    P.O. Box 6206,
                 York, PA 17406-9000
cr             +Wilson Springs Condominium Association, Inc.,    c/o Select Property Management,
                 1000 N Prince Street,    Lancaster, PA 17603-2736
4743448        +Crime Intervention Alarm,    1377 Spahn Avenue,    York, PA 17403-5710
4743450        +Eastern York County Sewer Authority,    46 Walnut Springs Road,    York, PA 17406-9000
4743451        +Emp of York County, LTD,    c/o Cds/Escallate LLC,    5200 Stoneham Rd Ste 200,
                 North Canton, OH 44720-1584
4753184        +Financial Recoveries,    PO Box 1388,    Mt. Laurel, NJ 08054-7388
4743453         Met Ed,    Post Office Box 3687,    Akron, OH 44309-3687
4751414        +Met-Ed,    101 Crawfords Corner Road,    Holmdel, NJ 07733-1976
4743454         Monica Brown,    44 Buttonwood Lane,    York PA 17406-9064
4743444         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
4743455        +Penn State Hershey Medical Center,    c/o Bureau of Account Management,    PO Box 8875,
                 Camp Hill, PA 17001-8875
4743457        +State of Maryland Comptroller of Ma,    80 Calvert Street,    PO Box 466,
                 Annapolis, MD 21404-0466
4743458        +Steven Koplove, Esquire,    Kraft & Kraft, PC,    3200 Penrose Ferry Road,
                 Philadelphia, PA 19145-5500
4743459        +The York Water Company,    Box 15089,    130 East Market Street,    York, PA 17401-1219
4794224        +U.S. BANK NATIONAL ASSOCIATION, ET AL,    CHASE RECORDS CENTER,    ATTN: CORRESPONDENCE MAIL,
                 MAIL CODE LA4-5555,    700 KANSAS LANE,    MONROE, LA 71203-4774
4743463        +WellSpan Medical Group,    c/o Financial Recoveries,    PO Box 1388,
                 Mount Laurel, NJ 08054-7388
4753182        +Wellspan Health,    York Hospital,    1001 South George Street,    York, PA 17403-3645
4753183        #+Wellspan Medical Group,    1803 Mt. Rose Avenue,    York, PA 17403-3051
4791809         Wilson Springs Condominium Associates, Inc.,    c/o Select Property Management,
                 200 Lawrence Rd Ste 500,    Broomall, PA  19008-3234
4743464         Wilson Springs Condominium Association, Inc.,    c/o Select Property Management,
                 200 Lawrence Rd Ste 500,    Broomall, PA  19008-3234
4761478        +York Hospital,    1001 S. George St.,    York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: JPMORGANCHASE Jun 15 2020 23:28:00      JPMorgan Chase Bank, N.A.,    700 Kansas Lane,
                 Monroe, LA   71203
4764802         EDI: AIS.COM Jun 15 2020 23:28:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
4743445        +EDI: CAPITALONE.COM Jun 15 2020 23:28:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
4743447        +EDI: SWCR.COM Jun 15 2020 23:28:00      Comcast,    c/o Southwest Credit Systems,
                 4120 International Pkwy, Suite 1100,    Carrollton, TX 75007-1958
4766101         E-mail/Text: Bankruptcymail@marylandtaxes.gov Jun 15 2020 19:43:38      Comptroller of Maryland,
                 301 West Preston Street Room 409,    Baltimore MD, 21201-2383
4743449        +E-mail/Text: electronicbkydocs@nelnet.net Jun 15 2020 19:44:05      Dept Of Ed/Nelnet,
                 Attn: Claims,    PO Box 82505,    Lincoln, NE 68501-2505
4743452        +EDI: AMINFOFP.COM Jun 15 2020 23:28:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
4743443         EDI: IRS.COM Jun 15 2020 23:28:00      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
4743446         EDI: JPMORGANCHASE Jun 15 2020 23:28:00      Chase Mtg,    PO Box 24696,    Columbus, OH 43224
4761361         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2020 19:44:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
4743456        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2020 19:44:00
                 Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA 17128-0946
4907980         E-mail/Text: jennifer.chacon@spservicing.com Jun 15 2020 19:44:26      Select Portfolio Inc.,
                 P.O. Box 65450,    Salt Lake City, UT 84165-0450
4907981         E-mail/Text: jennifer.chacon@spservicing.com Jun 15 2020 19:44:26      Select Portfolio Inc.,
                 P.O. Box 65450,    Salt Lake City, UT 84165-0450,    Select Portfolio Inc.,    P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
4743899        +E-mail/Text: electronicbkydocs@nelnet.net Jun 15 2020 19:44:05      U.S. Department of Education,
                 C/O Nelnet,    121 S. 13th Street, Suite 201,    Lincoln, NE 68508-1911
4743460        +EDI: VERIZONCOMB.COM Jun 15 2020 23:28:00      Verizon,    500 Technology Dr,    Suite 500,
                 Weldon Spring, MO 63304-2225
4743461        +EDI: VERIZONCOMB.COM Jun 15 2020 23:28:00      Verizon,    PO Box 25505,
                 Lehigh Valley, PA 18002-5505
4743462        +EDI: IIC9.COM Jun 15 2020 23:28:00      Verizon Wireless,    c/o IC Systems, Inc.,
                 PO Box 64378 - 444 Highway 96 East,    St Paul, MN 55164-0378
4743465        +E-mail/Text: kcm@yatb.com Jun 15 2020 19:43:42      York Adams Tax Bureau,
                 Post Office Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 18
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2020 at the address(es) listed below:

              Brent Diefenderfer    on behalf of Creditor    Wilson Springs Condominium Association, Inc.
               bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Craig S. Sharnetzka    on behalf of Creditor    Eastern York County Sewer Authority
               csharnetzka@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Gary J Imblum    on behalf of Debtor 1 Aswad N. Jones gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As Trustee, et. al.
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns
               Asset Backed Securities I Trust 2006-HE8, Asset-Ba bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee, et. al.
               pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    U.S. Bank National Association, As Trustee, et.
               al. pamb@fedphe.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com;debclick@comcast.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                     TOTAL: 9

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Aswad N. Jones | Social Security number or ITIN: xxx–xx–5589 |
| First Name Middle Name Last Name | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): | Social Security number or ITIN: ____ |
| First Name Middle Name Last Name | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | |
| Case number: 1:16–bk–00225–HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Aswad N. Jones
aka Oz N. Jones

**By the court:** *Henry W. Van Eck*

6/15/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**