In re:                                                              Case No. 16-00225-HWV
Aswad N. Jones                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Aug 07, 2020
                                    Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2020.
db          +Aswad N. Jones,    44 Buttonwood Lane,    Hellam, PA 17406-9064

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2020 at the address(es) listed below:
           Brent Diefenderfer    on behalf of Creditor    Wilson Springs Condominium Association, Inc.
            bdiefenderfer@cgalaw.com,
            tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
           Craig S. Sharnetzka    on behalf of Creditor    Eastern York County Sewer Authority
            csharnetzka@cgalaw.com,
            tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
           Gary J Imblum    on behalf of Debtor 1 Aswad N. Jones gary.imblum@imblumlaw.com,
            gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
           James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, As Trustee, et. al. bkgroup@kmllawgroup.com
           James Warmbrodt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Ba bkgroup@kmllawgroup.com
           Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee, et. al. pamb@fedphe.com
           Joseph Angelo Dessoye    on behalf of Creditor    U.S. Bank National Association, As Trustee, et. al. pamb@fedphe.com
           Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com;debclick@comcast.net
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                  TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Aswad N. Jones,<br>aka Oz N. Jones, | Chapter 7 |
| **Debtor 1** | Case No. 1:16−bk−00225−HWV |

Social Security No.:
xxx−xx−5589

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 7, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CynthiaBoyle, Deputy Clerk

**fnldec** (05/18)